■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN S. BURKE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant pleaded guilty to criminal possession of a controlled substance in the second degree in satisfaction of indictment No. 87-112 and to criminal sale of a controlled substance in the third degree in satisfaction of indictment No. 87-154. On appeal, defendant contends that the suppression court improperly precluded inquiry into probable cause for the search warrant which preceded indictment No. 87-112. We find no error. Defendant failed to raise this issue in his motion papers; thus, the suppression court did not err in precluding inquiry (see, CPL 710.20 [1]; 710.60 [1]; 710.70 [3]; *People v Coleman,* 56 NY2d 269, 274). We have examined defendant's other contentions and we find them to be without merit. (Appeal from judgment of Oneida County Court, Murad, J.—criminal possession of controlled substance, second degree.) Present—Dillon J. P., Callahan, Doerr, Pine and Lawton, JJ.